IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

LADARRELLE R. DIXON,

    Petitioner,

vs.

JEFF GRONDOLSKY, Warden,

    Respondent.

CIVIL ACTION NO.: CV206-121

## ORDER

Petitioner, an inmate incarcerated at the Federal Correctional Institution in Jesup, Georgia, submitted for filing an action pursuant to 28 U.S.C. § 2241. Petitioner neither paid the filing fee nor filed a motion to proceed in forma pauperis. By Notice dated June 6, 2006, Petitioner was instructed to pay the filing fee of $5.00 or move to proceed in forma pauperis within twenty (20) days. Petitioner was further advised that his failure to comply with that notice may result in the dismissal of this action without prejudice. Petitioner has failed to respond to the Clerk's notice. Accordingly, this action is **DISMISSED**, without prejudice.

SO ORDERED, this 12 day of July, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)